FRANK KREITZBERG, Appellant, v. NATIONAL LEAD COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle

order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.